**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

AISSATOU BAH,

Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

25-CV-6402 (ER) (JW)

**ORDER**

**JENNIFER E. WILLIS, United States Magistrate Judge.**

Plaintiff's deadline to reply to Commissioner's Brief was June 4, 2026. See Dkt. No. 15 and Scheduling Order at Dkt. No. 7. It is now over four months after that date, and no reply brief has been submitted. The Court therefore deems Plaintiff's reply to be waived and the Motion for Judgment on the Pleadings at Dkt. No. 13 to be fully briefed. A Report and Recommendation will be issued in due course.

SO ORDERED.

Dated: New York, New York
October 13, 2026

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge